450 F.2d 352
 SPIRAL ENTERPRISES, INC., Plaintiff-Appellant,
v.
MARYLAND NATIONAL INSURANCE COMPANY, Defendant-Appellee.
 No. 71-2045 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Nov. 15, 1971.
 
 Bruno DiGiulian, Fort Lauderdale, Fla., Jeanne Heyward, Miami, Fla., for plaintiff-appellant.
 James A. Dixon, Jr., Miami, Fla., for defendant-appellee.
 Before GEWIN, GOLDBERG and DYER, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 *
 Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970)